GO11-10(b)) /   BS      /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

IN RE:   Shekima Celice Covington                                  CASE NO:   3:19-bk-10877 J
                                                                                             Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 11/12/2019, Docket Entry [37], requiring the Debtor to make specific payments to the Trustee.  The order further provided that the case was to be dismissed if the payments were not submitted as required.  The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 11/12/2019.

IT IS SO ORDERED.

Date:  12/09/2019                                            /s/   Phyllis M. Jones
                                                                           Phyllis M. Jones
                                                                           U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

      Joe C. Barrett
      P O Box 4036
      Jonesboro, AR  72403

      Shekima Celice Covington
      2016 Linden Court Apt C
      Blytheville, AR  72315

      All Creditors